ANNE C. BELES (Cal. Bar No. 200276)
ROBERT J. BELES (Cal. Bar No. 41993)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:     beleslaw@yahoo.com

Attorneys for Defendant
RUSSELL PATRICK PFIESTER

United States District Court

Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 4:13-CR-00304-YGR |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| RUSSELL PATRICK PFIESTER, | ) | |
| Defendant. | ) | |

    Defendant RUSSELL PATRICK PFIESTER, by and through his counsel undersigned and the United States of America, through Assistant United States Attorney ANDREW SUIAN HUANG, hereby stipulate and respectfully request that the Court vacate the Status Conference hearing in the above captioned case, currently set for Thursday, July 11, 2013 at 02:00 p.m., and reset it for the specially set criminal calendar on Thursday, August 22, 2013, at 09:30 a.m.

    Counsel for the defendant has previously inquired about scheduling an appointment to review the forensic discovery produced by the government in this matter, but the forensic laboratory is unable to accommodate that request until Thursday, July 11, 2013. Defense counsel, therefore, requires additional time to review said discovery in order to assess the stance of the case and to further

1  investigate the charges filed by the Government.

2  The parties further stipulate and agree that the time between
3  Thursday, July 11, 2013 and Thursday, August 22, 2013, should be
4  excluded from computation of the time for commencement of trial under
5  the Speedy Trial Act.

6  The parties stipulate that the ends of justice are served by the
7  Court excluding such time as to allow defense counsel the reasonable
8  time necessary for effective preparation, taking into account the
9  exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv).

10  For these reasons, the defendant, defense counsel, and the
11  government stipulate and agree that the interests of justice served
12  by vacating the Status Conference hearing currently set for Thursday,
13  July 11, 2013 at 02:00 p.m. and resetting it for Thursday, August 22,
14  2013, at 09:30 a.m. outweigh the best interests of the public and the
15  defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18
16  U.S.C. § 3161 (h) (7) (B) (ii).

18  **IT IS SO STIPULATED.**

19  Respectfully submitted,

20  DATED: June 25, 2013                /s/ ACB_____
21                                      ANNE C. BELES,
                                        Attorney for *RUSSELL PFIESTER*

23  DATED: June 25, 2013                /s/ RJB_____
                                        ROBERT J. BELES,
24                                      Attorney for *RUSSELL PFIESTER*

25
    DATED: June 25, 2013                /s/ ASH_____
26                                      ANDREW SUIAN HUANG,
                                        Assistant U.S. Attorney
27
                                        MELINDA HAAG
28                                      United States Attorney

2
Stipulation and Order Continuing Status Conference

//

**IT IS SO ORDERED.**

DATED: ___July 1, 2013_____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE